IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MABLE PETE,                                    No.  CIV.S-04-2301 DAD

     Plaintiff,

  v.                                           ORDER

U.S. BANK NATIONAL ASSOCIATION,

     Defendant.
_____/

     The application and proposed order granting substitution of attorney submitted by plaintiff and her counsel is hereby denied. Since the application, if granted, would leave plaintiff proceeding pro se in this matter, counsel must seek "leave of Court upon noticed motion and notice to the client and all other parties who have appeared."  Local Rule 83-182(d).

     IT IS SO ORDERED.

DATED: October 20, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1/orders.consent/pete2301.sub